# Exhibit

# 2


TIME
WHY THE MIDEAST CRISIS ISN'T ABOUT TERRORISM
THE TRUTH ABOUT STEM CELLS
THE HOPE, THE HYPE AND WHAT IT MEANS FOR YOU
Adult bone marrow stem cell
www.time.com AOL Keyword: TIME